Independent Acceptance Company, Assignee of E. H. Robinson Motor Sales, Inc., appellee, v. Joseph N. Roberts et al., appellants. Gen. No. 34,994.

 Opinion filed
October 21, 1931. Rehearing denied November 2, 1931.

Lawrence A. Jacobson, for appellants. Cohen & Berke, for appellee.

Mr. Justice Wilson delivered the opinion of the court.